**Lillian M. MONAHAN**

v.

**Jane A. CROSSLEY.**

No. 79–460–A.

Supreme Court of Rhode Island.

April 24, 1980.

Armando O. Monaco II, Providence, for plaintiff.

F. Albert Starr, Cranston, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied without prejudice to her renewing said motion in compliance with the provisions of Rule 28.

**Brenda A. SCHOFIELD**

v.

**Richard W. SCHOFIELD.**

No. 80–190–M.P.

Supreme Court of Rhode Island.

April 24, 1980.

Louis J. Saccoccio, Providence, for plaintiff-respondent.

Joseph E. Marran, Jr., Pawtucket, for defendant-petitioner.

## ORDER

The petition for writ of certiorari and request for stay are denied.

**STATE**

v.

**Elbert BARNES et al.**

No. 78–224–C.A.

Supreme Court of Rhode Island.

April 24, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Spec. Asst. Atty. Gen., for plaintiff.

Anthony E. Grilli, Providence, for defendant Elbert Barnes.

## ORDER

The motion for counsel fee is granted and Anthony E. Grilli is awarded the sum of $750 for services rendered on behalf of defendant Elbert Barnes in the prosecution of this appeal.